FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMMY YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>VINTAGE STOCK INC,<br><br>    Defendant. | No.  2:23-CV-00296-SAB<br><br>**ORDER RE:  DEFENDANT'S MOTION TO DISMISS** |

Pending before the Court is Defendant's Amended Motion to Dismiss, ECF No. 9. On December 18, 2023, Plaintiff filed a First Amended Complaint, ECF No. 11. As such, Defendant's Motion to Dismiss is moot and the Court will deny the motion with leave to renew.

//
//
//
//
//
//
//

**ORDER RE:  DEFENDANT'S MOTION TO DISMISS ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss, ECF No. 7, and Amended Motion to Dismiss, ECF No. 9, are **DENIED**, with leave to renew.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 19th day of December 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: DEFENDANT'S MOTION TO DISMISS ~ 2**