FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMMY YOUNG,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VINTAGE STOCK INC,<br><br>　　　　Defendant. | No. 2:23-CV-00296-SAB<br><br>**ORDER DISMISSING ACTION** |

　　　Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 22. Plaintiff is represented by Conner Spani.

　　　Plaintiff notified the Court that she is voluntarily dismissing her claims against Defendant with prejudice.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims against Defendant are dismissed with prejudice.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 28th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION ~ 2**